IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 3 1 2012

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

| | |
|---|---|
| DAVID ALLEN NEW, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| V. ) | CIVIL No. 12-5197 |
| ) | |
| DALE DENVER, ) | JURY TRIAL DEMANDED |
| ) | |
| DEFENDANT ) | |

## COMPLAINT

Comes now the Plaintiff, David Allen New, and for his complaint states and alleges as follows:

1. At the time of the facts giving rise to this complaint, all parties were adult residents of Benton County, Arkansas. All parties are current residents of Benton County, Arkansas.

2. Defendant Dale Denver was a deputy sheriff for the Benton County, Arkansas, Sheriff's Department. Dale Denver is sued in his individual capacity.

## JURISDICTION AND VENUE

3. This action arises under Title 42 U.S.C. Secs. 1983 and 1988. The Plaintiff seeks money damages for violation of his rights under the Fourth and Fourteenth Amendments to the United States Constitution. Jurisdiction of this

1

action seeking money damages is by reason of Title 42 U.S.C. Sec. 1983 and Title 28 U.S.C. Secs. 1331 and 1343. Venue is in the Western District of Arkansas by reasons of Title 28 U.S.C. Sec. 1391, as the Defendant resides in the Western District of Arkansas, and the acts complained of occurred in the Western District of Arkansas.

## FACTS

4. All actions taken by Defendant Dale Denver related to this complaint were done while he was an on-duty deputy sheriff for the Benton County, Arkansas, Sheriff's Department.

5. On or about September 5, 2009, Defendant Dale Denver arrested the Plaintiff for possession of marijuana, a misdemeanor under Arkansas law. This arrest was in Benton County, Arkansas. The Plaintiff was put in the Benton County jail. The Plaintiff was strip-searched. The Defendant's report number was 09-09-0150. The case was assigned to the District Court of Benton County, Arkansas, Rogers Division.

6. Defendant Dale Denver sent what he unreasonably thought was marijuana to the Arkansas State Crime Laboratory in Little Rock for analysis. The lab report showed that the substance was not marijuana or any other unlawful substance. On or about February 5, 2010, the criminal charge of possession of marijuana was dismissed.

7. Any reasonable law enforcement officer should have immediately known that the leaves seized from the Plaintiff were not marijuana. The leaves did not look like marijuana, did not smell like marijuana, and did not feel like marijuana. The Defendant had no reasonable suspicion to detain the Plaintiff for possession of marijuana, nor did he have probable cause to arrest the Plaintiff for possession of marijuana.

## FEDERAL CAUSE OF ACTION

8. All of the injuries to the Plaintiff were done under color of law as defined by Title 42 U.S.C. Secs. 1983 and 1988. At all times related to this complaint, the Defendant acted under the color of laws, statutes, ordinances, regulations, policies, customs and usage of the State of Arkansas and Benton County, Arkansas.

9. The Defendant acted intentionally, deliberately, and with deliberate indifference in violating the Plaintiff's Fourth and Fourteenth Amendment rights as are actionable under Title 42 U.S.C. Secs. 1983 and 1988. The Defendant unlawfully detained, searched and arrested the Plaintiff without lawful authority or an arrest warrant.

## DEMAND FOR JUDGMENT

10. As a direct result of the Defendant's unlawful conduct, the Plaintiff has

been denied the rights guaranteed to him by the Fourth and Fourteenth Amendment to the United States Constitution. He has been made to suffer embarrassment, public humiliation, mental anguish, loss of income, and loss of money used to hire a lawyer to get the criminal case dismissed.

11. The Plaintiff demands a jury trial on all issues.

THEREFORE, the Plaintiff demands judgment from the Defendant and seeks the following relief:

A. Declaratory judgment;

B. Compensatory damages;

C. Costs of this action;

D. Reasonable attorney's fees;

E. Any further relief that he may show himself to be entitled.

DAVID ALLEN NEW,
PLAINTIFF

BY: *[signature]*
Doug Norwood, Ark Bar No. 87-097
Norwood & Norwood, P.A.
2001 South Dixieland Road
P.O. Box 1960
Rogers, Arkansas 72757
(479) 636-1262